AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00347 |
| Laura McGrath | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 12/12/2023 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Laura McGrath,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) Disorderly or Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) Parading, Picketing, or Demonstrating in a Capitol Building.

Date: 12/12/2023

G. Michael Harvey
Digitally signed by G. Michael Harvey
Date: 2023.12.12 13:32:46 -05'00'

*Complainant's signature*

City and state: Washington, D.C.

Honorable G. Michael Harvey
*United States Magistrate*

### Return

This warrant was received on (date) 1/24/2024, and the person was arrested on (date) 1/24/2024
at (city and state) Atlanta, GA.

Date: 1/24/2024

*Arresting officer's signature*

Roland Pitts   Special Agent, FBI
*Printed name and title*