AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-mj-00347 |
| Laura McGrath | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Laura McGrath.

Date: 02/02/2024

*Attorney's signature*

Kobie A. Flowers, Bar #991403
*Printed name and bar number*

Brown, Goldstein & Levy LLP
1300 Eye Street, N.W., 8th Floor
Washington, D.C. 20006
*Address*

kflowers@browngold.com
*E-mail address*

(202) 742-5969
*Telephone number*

(202) 742-5948
*FAX number*